# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Linda Rae'Lee Klein | **Defendant(s):** Arizona State University ; Kristin Grady Gilger ; The Walter Cronkite School of Journalism and Mass Communication |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| John D. Wilenchik Wilenchik, Attorney<br>Wilenchik & Bartness<br>2810 North Third Street<br>Phoenix, Arizona 85004<br>6026062810 | David Bodney<br>Ballard Spahr<br>1 East Washington Street<br>Phoenix, Arizona 85004<br>602-798-5454 |

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties (Diversity Cases Only)
  Plaintiff:- **N/A**
  Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI. Cause of Action: **42 USC s 1983 - Denial of Student's Right of Expression under the First Amendment**

VII. Requested in Complaint
  Class Action: **No**
  Dollar Demand:
  Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** <u>John D. Wilenchik</u>

**Date:** <u>10/12/20</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014