# EXHIBIT A



---------- Forwarded message ---------
From: **Kristin Gilger** <Kristin.Gilger@asu.edu>
Date: Tue, Sep 15, 2020 at 2:30 PM
Subject: RE: It's past noon
To: Rae'Lee Klein <raelee.klein18@gmail.com>

As we've discussed, staying on as station manager is not an option. You have three options:

- Reassignment to another student worker position
- Remain on the board with the assignment I outlined
- Start your own station

Which of these do you prefer?


Kristin Gilger

Interim Dean

Reynolds Professor in Business Journalism

Walter Cronkite School of Journalism and Mass Communication

480-273-6128

@kristingilger

http://cronkite.asu.edu

http://businessjournalism.org


Co-author: "There's No Crying in Newsrooms: What Women Have Learned about What It Takes to Lead"

**From:** Rae'Lee Klein <raelee.klein18@gmail.com>
**Sent:** Tuesday, September 15, 2020 1:31 PM
**To:** Kristin Gilger <Kristin.Gilger@asu.edu>
**Subject:** Re: It's past noon

Hi Dean Gilger,

After long consideration about the situation, I am declining to willingly step down from my position as Station Manager. I truly believe I did nothing wrong that is worthy of removal. No one has communicated to me any law, written standard, or rule I violated with my actions. I shared a factual argument, and although I shared an opinion, that I was disgusted by the sexual assault of a woman, I have done nothing more erroneous than my peers. The board of directors issued a written opinion of me, and published it. From that fact alone, we should all be punished equally. Other students wrote highly opinionated statements in regards to articles on this situation, and many others. I was told to tweet as part of my assignment at Cronkite News, and as a student, am learning how to do so to standard. The issue remains, many students at the school don't know what that standard is.

I stand by the belief I am being treated unfairly, and the school and faculty advisers have failed to protect me and my rights as a student and individual. I am fully confident I can lead this station forward, and have shared the various propositions in how to do so with the board and other members. I'm struggling to understand how removing anyone from their position is even an option, as we should be learning to work together through challenging circumstances, not against each other.

Thank you for your time and consideration, I hope you and the school make the right decision moving forward.

Best,

Rae'Lee Klein

On Tue, Sep 15, 2020 at 12:37 PM Kristin Gilger <Kristin.Gilger@asu.edu> wrote:

I really do need a response from you right away. I don't want to make this decision for you, but we need to make a decision.

Kristin Gilger

Interim Dean

Reynolds Professor in Business Journalism

Walter Cronkite School of Journalism and Mass Communication

480-273-6128

@kristingilger

http://cronkite.asu.edu

http://businessjournalism.org

Co-author: "There's No Crying in Newsrooms: What Women Have Learned about What It Takes to Lead"

# EXHIBIT B



---------- Forwarded message ---------
From: **Kristin Gilger** <Kristin.Gilger@asu.edu>
Date: Thu, Sep 17, 2020 at 9:59 AM
Subject: Your position
To: Rae'Lee Klein <raelee.klein18@gmail.com>


Rae'Lee,


Let me first clarify that we are not saying you are unfit to be a station manager.  If that were the case, we would not have included as an option going forward the opportunity to start your own station.  As I have proposed, you will be station manager for a new internet radio station that the school and the university would support financially and with access to studio space as well as the usual support we provide all student clubs (i.e. a faculty advisor, listing on our clubs page, invitation to student org night, etc.).  You will retain your title, rank and pay as a station manager.


As this shows, you are not being punished for your tweet. To your credit, you apologized for the tweet and, as I told you from the start, I would not remove you as a station manager because of it.  Allowing you to continue as a station manager is not a punishment.


When I said that staying on as station manager is not an option I was referring to continuing as station manager of Blaze.  That is simply a reflection of the reality that Blaze Radio is a student organization and the relationship between you and the board of directors, and a majority of the student staff members and producers has deteriorated to the point that they have lost confidence in you as a leader.  This is the result not simply of the tweet, which you admitted was poorly worded and gave the wrong impression of your views, but of subsequent actions that left students unsatisfied that those who disagree with you would nevertheless be able to participate fully in Blaze Radio.


Heading up a new radio station will give you a fresh leadership opportunity.  To ensure your success, and in response to your request for a further explanation as to the issues that have been raised, let me add that there are lessons to be learned here:  As you yourself have acknowledged, your tweet was not consistent with the "Social Media Guidelines for Student Journalists."  https://cronkite.asu.edu/degree-programs/admissions/student-resources/social-media-guidelines  The applicable provisions include:

>Avoid posting information to social networking sites or blogs that could call into question your ability to act independently as a journalist. This includes expressing political views, sports fandom or opinions about newsmakers or sharing internal communications, even if you are participating in what is supposed to be a private group. Recognize that even hashtags can imply support and take care to avoid those instances.

Station managers have a special responsibility to maintain apparent neutrality for the benefit both of the organization's overall credibility and its internal climate as an organization that welcomes all members regardless of their views.  As stated in your job description, "The General Manager sets the standards for organization, respectful and inclusive conduct and collaboration with all Blaze volunteers and stakeholders."

Rae'Lee I do hope that you will accept this proposal.  It gives you a chance to use the lessons learned from this experience and to move on to what I believe will be a successful tenure as a station manager.

Sincerely,

Kristin Gilger

Interim Dean

Reynolds Professor in Business Journalism

Walter Cronkite School of Journalism and Mass Communication

480-273-6128

@kristingilger

http://cronkite.asu.edu

http://businessjournalism.org